*Friday, September 6, 1991*
## MOTION DOCKET

**91–854.** Cleveland Bar Assn. v. Jurek. Upon consideration of relator's motion to continue oral argument currently scheduled for September 10, 1991,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, and oral argument is continued until further notice of this court.

**91–1615.** Waite v. Twyford. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for temporary restraining order,

IT IS ORDERED by the court that the motion be, and the same is hereby, denied, effective September 5, 1991.

**91–1714.** State, ex rel. Johnson, v. O'Grady. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion to stay proceedings and motion for alternative writ,

IT IS ORDERED by the court that the motion to stay proceedings in the trial court be, and the same is hereby, granted, effective September 5, 1991.

IT IS FURTHER ORDERED by the court that the motion for alternative writ be, and the same is hereby, granted, and respondents are to show cause on or before September 25, 1991, why the writ of prohibition should not be granted.

IT IS FURTHER ORDERED by the court, *sua sponte*, that this cause be, and hereby is, consolidated with case No. 91–1715, *infra*.

**91–1715.** In re Petition for Writ of Habeas Corpus for Johnson. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration thereof,

IT IS ORDERED by the court that petitioner's application for said writ be, and hereby is, granted, effective September 5, 1991, and respondents shall make due return of the writ, on or before September 25, 1991, as prescribed in R.C. 2725.14.

IT IS FURTHER ORDERED by the court that it is not necessary to convey the prisoner before the court as prescribed in R.C. 2725.12.

IT IS FURTHER ORDERED by the court, *sua sponte*, that this cause be, and hereby is, consolidated with case No. 91–1714, *supra*.

## MISCELLANEOUS DISMISSALS

**91–1626.** State v. Croomes. *Franklin County*, No. 90AP–1282. Cause dismissed, on appellant's application for dismissal, effective September 3, 1991.